# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THADDAUS MUMFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LARRY HARRELSON, Individually, )<br>FIDELITY and DEPOSIT COMPANY )<br>OF MARYLAND, SURETY, )<br>Defendants. )<br>) | 1:04CV00017 |

## J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is, dismissed with prejudice.

_____
WALLACE W. DIXON
United States Magistrate Judge

December 14, 2006